# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145816(58)

_____

JOHN TER BEEK,

      Plaintiff-Appellee,

SC: 145816
COA: 306240

v

Kent CC: 10-011515-CZ

CITY OF WYOMING,

      Defendant-Appellant.

_____/

On order of the Chief Justice, the motion by plaintiff-appellee to extend the time for filing his appeal brief is GRANTED. The brief received on July 30, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2013



Clerk